

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

March 2, 2018

**Via ECF Filing System**

Hon. Katherine B. Forrest, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:     *Edelman Arts, Inc. v. Spoelstra et al.*, 1:17-cv-04789-KBF;
        *Asher B. Edelman, as Executor of the Estate of Mildred Ash v. Spoelstra*,
        <u>1:17-cv-04792-KBF</u>

Dear Judge Forrest:

We represent Defendant Remko Spoelstra in the above-referenced consolidated actions.  As referenced in our letter of February 22, 2018 to the Court, we have need to withdraw our appearance in these cases.

Pursuant to the Court's Order dated February 23, 2018, we hereby inform the Court that we have advised Mr. Spoelstra (1) that he will be "pro se"; (2) that the Court will not adjourn any dates / the schedule for later appearing counsel; and (3) that he must file his address with the pro se office.

Based on our understanding of the Court's instructions, we respectfully ask that the Court now terminate our appearance in this case.

In the event we have misunderstood the Court's instructions, we will follow any further guidance that the Court may give us.

Respectfully submitted,

/s/Nicholas M. O'Donnell

Nicholas M. O'Donnell

T:  212 660 3000
nodonnell@sandw.com


cc:     Counsel of Record (via ECF filing)
        Remko Spoelstra (by email)